UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINGFENG XU,<br><br>                    Petitioner,<br><br>       v.<br><br>WARDEN, Adelanto ICE Processing Center, et al.,<br><br>                    Respondents. | Case No. 5:26-cv-01594-CV-PD<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**<br><br>**A # 202-194-128** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge ("the Report"). No objections to the Report have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, the Petition is granted in part on Petitioner's procedural due process claims regarding the bond denial and the remaining claims are dismissed without prejudice. Petitioner's Renewed Request for Relief, Dkt. No. 23, is denied as moot.

The Court ORDERS the following:

Petitioner Jingfeng Xu (A # 202-194-128) shall receive a *Rodriguez* bond hearing within seven (7) days of this Order at which all of the evidence (including the status of the removal proceedings, the ineffective assistance of counsel, and the children's medical records) is considered and at which the government will bear the burden to demonstrate by clear and convincing evidence that Petitioner is a flight risk or danger.

DATED: _____7/13/26_____

*Cynthia Valenzuela*
_____
HON. CYNTHIA VALENZUELA
UNITED STATED DISTRICT JUDGE

2