JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JINGFENG XU,

                Petitioner,

    v.

WARDEN, Adelanto ICE Processing Center, et al.,

                Respondents.

Case No. 5:26-cv-01594-CV-PD

**JUDGMENT**

**A # 202-194-128**

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted in part on Petitioner's procedural due process claim, and the remaining claims are dismissed without prejudice.

DATED: _____7/13/26_____

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATED DISTRICT JUDGE